FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 2 4 2010 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MICHAEL P. ALARCON,

               Plaintiff,

    -against-

ROSLYNN R. MAUSKOPF,

               Defendant.

-----------------------------------------------------------------X

MEMORANDUM
AND JUDGMENT
OF DISMISSAL

10-CV-01695

Jack B. Weinstein, Senior United States District Judge:

Plaintiff brings this action *pro se* against a judge of this court. He alleges dissatisfaction with the dismissal of employment discrimination actions. *See,* Alarcon v. Nassau County Department of Public Works, 06-CV-5187; Alarcon v. SCEA Local 1000.830, 09-CV-1740.

Decisions were made in a judicial capacity. The judge is immune.

Granted permission *in forma pauperis*, plaintiff's *pro se* pleadings are construed liberally. There is no point in affording an opportunity to amend the complaint since an amendment would be futile. Any appeal would not be taken in good faith. *In forma pauperis* status is denied for purpose of an appeal.

The case is dismissed. No costs or disbursements. The *Pro se* clerk shall assist the plaintiff in taking an appeal if he wishes to do so.

So Ordered.

Jack B. Weinstein
*Senior United States District Judge*

Dated: Brooklyn, New York
       May 20 , 2010

